COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR
## EN BANC RECONSIDERATION

Appellate case name: *Mike Boulanger, Trustee, on Behalf of Westlum Trust v. Waste Management of Texas, Inc., Waste Management, Inc., and USA Waste Landfill Operations and Transfer, Inc.*

Appellate case number: 01-10-01002-CV

Trial court case number: 2010-28400

Trial court: 334th District Court of Harris County, Texas

Appellant's motion for en banc reconsideration is **DENIED**.

It is so **ORDERED**.

Judge's signature: **/s/ Harvey Brown_____**
Acting for the Court
En Banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle

Date: March 21, 2013